UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY RHINE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:15-cv-04068-D-BH |
| APEX BRANDS, LLC, JEFF WILSON | § | |
| and MICHELLE INU | § | |

## STIPULATION OF DISMISSAL OF DEFENDANTS

Plaintiff Tracy Rhine and Defendants Ampex Brands, LLC f/k/a Apex Brands, LLC and Jeff Wilson file this Stipulation of Dismissal pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41.

1. Plaintiff filed suit against Defendants seeking damages based on her employment with Defendants.

2. The Parties have reached a settlement, and the Plaintiff now moves to dismiss her claims against Defendants subject to that agreement.

3. This case is not a class action nor has a receiver been appointed.

4. None of the Parties have dismissed a prior action based on or including the same claims presented in this suit.

5. Plaintiff's dismissal is with prejudice. Each party has agreed to pay their own litigation costs, including but not limited to attorneys' fees.

Dated: Mar. 2, 2017.

Respectfully submitted,

/s/ Stacy Hoffman Bruce
**RAMONA MARTINEZ**
Texas Bar No. 13144010
rmartinez@cobbmartinez.com
**STACY HOFFMAN BRUCE**
Texas Bar No. 24036793
sbruce@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
214.220.5208 (direct)
214.220.5258 (direct fax)

**ATTORNEYS FOR DEFENDANT**

-and-

**TRACY RHINE**
2515 Inwood Road #115
Dallas, Texas 75235
469.920.9494

**PRO SE PLAINTIFF**